NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   213 623 9300
Facsimile:   213 623 9924

Attorneys for Defendant
BPR HOTELS & RESORTS, LLC d/b/a
HOTEL LUCENT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>BPR HOTELS & RESORTS, LLC d/b/a HOTEL LUCENT, a California limited liability company; and DOES 1 to 10 inclusive,<br><br>                    Defendant. | Case No. 2:22-cv-01125-TLN-JDP<br><br>**FINAL-FINAL STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:            June 28, 2022<br><br>Current Response Date: December 2, 2022<br>New Response Date:      January 3, 2023 |

WHEREAS, Plaintiff Flor Jimenez ("Plaintiff") filed a Complaint on June 28, 2022; and

WHEREAS, through the Parties' (Plaintiff and Defendant collectively referred to as the "Parties") prior stipulations, the current deadline for a responsive pleading by Defendant BPR Hotels & Resorts, LLC d/b/a Hotel Lucent ("Defendant") is December 2, 2022; and

WHEREAS, the Parties are continuing to investigate and review Plaintiff's allegations, which is a time-consuming process given the highly technical nature of the allegations; and

WHEREAS, the Parties are conferring (including via consistent telephone calls and email correspondences), will continue to and would like more time to

FINAL-FINAL STIPULATION and ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

1  continue their discussions given the strong likelihood, based on ongoing

2  discussions, that the case will be dismissed within thirty (30) days;

3      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

4  through the Parties' respective counsel as follows:

5      Defendant's deadline to file a responsive pleading to Plaintiff's Complaint

6  shall be extended by thirty-two (32) calendar days (given upcoming holidays and

7  Court and office closures) to January 3, 2023.

8      IT IS SO STIPULATED.

9

10  Dated: December 2, 2022          Respectfully submitted,

11                                   DENTONS US LLP

12                                   By: /s/ Nick S. Pujji
                                          Nick S. Pujji

13

14                                   Attorneys for Defendant
                                     BPR HOTELS & RESORTS, LLC d/b/a
                                     HOTEL LUCENT

15

16  Dated: December 2, 2022          WILSHIRE LAW FIRM

17                                   By: /s/ Binyamin I. Manoucheri
                                          Thiago M. Coelho
18                                        Binyamin I. Manoucheri

19                                   Attorneys for Plaintiff
                                     FLOR JIMENEZ

20

21

22

23      IT IS SO ORDERED.

24

25  Dated: December 5, 2022

26                                   Troy L. Nunley
                                     United States District Judge

27

28

                                                        - 2 -    FINAL-FINAL STIPULATION and ORDER TO
                                                                 EXTEND TIME TO RESPOND TO COMPLAINT